UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ERNEST OATMAN,

                          Plaintiff,

        v.                                5:05-CV-731

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
_____

APPEARANCES:                             OF COUNSEL:

ERNEST OATMAN
Plaintiff Pro Se

HON. GLENN T. SUDDABY               WILLIAM H. PEASE, ESQ.
United States Attorney for the              Assistant United States Attorney
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261-7198
Attorney for Defendant

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

      The above matter comes to me following a Report-Recommendation by Magistrate Judge Gustave J. DiBianco, duly filed on the 23rd day of January 2008.  Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

      After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

      ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. This case is dismissed as moot.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: February 13, 2008
Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge